**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IBERIABANK | 18-CV-60291 |
| DEFENDANT | TYPE OF PROCESS |
| BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, et al | Rule 9(h) Vessel arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Vessel M/Y BG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Miami Beach Marina, 300 Alton Rd., Miami Beach, FL 33139, Slip # D-22 (or nearby)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Courtney Oaks // Burr & Forman LLP
Las Olas Centre II
350 East Las Olas Boulevard, Suite 1440
Ft. Lauderdale, FL 33301

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED BY __ M.C. __ D.C.
STEVEN M. LARIMORE
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD.
MAR 01 2018

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Substitute Custodian - National Maritime Services, Inc., Bill O'Dell, VP Operations; phone number: (954) 599-3340

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (954) 414-6200
DATE: 2/9/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 004
District to Serve No. 004
Signature of Authorized USMS Deputy or Clerk
Date: 2-13-18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 02-15-18  Time: 12:20 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
|  |  |  |  | $3500.00 | $0.00 |

REMARKS: Fwd in SAIS to 004 on 2-13-18.
02-15-18 - Vessel arrested per court order.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13